IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER E. HAWKINS, | Civil No. 3:16-cv-160 |
| JOSEPH A. PULIZZI, | |
| RAYMOND G. POZOIC JR., | (Judge Mariani) |
| CALVIN MOORE, | |
| JAMES WALSH, | |
| THOMAS P. HEASLEY, | |
|     Plaintiffs | |
| | |
| v. | |
| | |
| PENNSYLVANIA BOARD OF | |
| PROBATION AND PAROLE, *et al.*, | |
|     Defendants | |

## ORDER

**AND NOW**, this __17th__ day of May, 2016, in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motions (Docs. 5, 7, 9, 11, 13, 17) to proceed *in forma pauperis* are construed as motions to proceed without full prepayment of fees and costs and are **GRANTED**.

2. The Clerk of Court is directed to **TERMINATE** the motion (Doc. 2) to proceed *in forma pauperis* jointly filed by Plaintiffs as the improper form used by this Court.

3. The claims against the Pennsylvania Board of Probation and Parole and the Columbia County Prison Board are **DISMISSED** with prejudice. The Clerk of Court is directed to **TERMINATE** the Pennsylvania Board of Probation and Parole and the Columbia County Prison Board as parties to this action.

4. Plaintiffs' motion (Doc. 19) to dismiss and add Defendants is **GRANTED** in part and **DENIED** in part, as follows:

    a.    Plaintiffs' request to dismiss Defendants Sergeant Hanks, C.O. Breish and C.O. Urich is **GRANTED**. The Clerk of Court is directed to **TERMINATE** Sergeant Hanks, C.O. Breish, and C.O. Urich as parties to this action.

    b.    Plaintiffs' request to add the Pennsylvania Department of Corrections as a party to this action is **DENIED**.

5. Plaintiffs shall **FILE** an amended complaint on or before June 6, 2016.

6. The amended complaint shall contain the same case number that is presently assigned to this action, 3:16-cv-160, and shall be direct, concise, and shall stand alone without reference to any other document filed in this matter. *See* FED. R. CIV. P. 8(d).

7. Plaintiffs are warned that failure to timely file an amended complaint will result in dismissal of this action without further notice of Court.

_____
Robert D. Mariani
United States District Judge